FILED'06 SEP 26 11:43USDC-ORE

WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GINA LAWRENCE,**                                        CV # 05-160-AA

     Plaintiff,

vs.                                                       ORDER

**COMMISSIONER of Social Security,**

     Defendant.

---

Attorney fees in the amount of $5,400.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $150.00 (for the court filing fee) are awarded pursuant to 28 U.S.C. § 1920.

DATED this 26 day of September, 2006.

_____
United States District Judge

Submitted on September 22, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1